UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,    )<br>         Plaintiff                   )<br>                                           )<br>   vs.                                  )<br>                                           )<br> *Mickey Shea-McLaughlin*  )<br>         Defendant(s)              )<br>                                           ) | CRIMINAL NO. __08mj301__<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

*Daisy Rodriguez-Rodriguez*

DATED: 2/15/2008

RECEIVED 2008 FEB 15 A 11:22 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

**RUBEN B. BROOKS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
                           by _____
                              Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082