UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Mickey Shea-McLaughlin <br> Defendant(s), | CRIMINAL NO. 08mj301 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge, **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Bonifacia Martin Velazouez

DATED: 2/15/2008

RECEIVED FEB 15 '08 A 4:21 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

**RUBEN B. BROOKS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk