KAREN P. HEWITT
United States Attorney
DAVID L. KATZ
Assistant U.S. Attorney
California State Bar No. 141295
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5226/Fax: (619) 235-2757
David.Katz@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0430-BTM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| MICKEY SHEA MCLAUGHLIN, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None

1     Effective this date, the following attorneys are no longer associated with this case and should

2     not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3     "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4     association):

5          Name

6          None

7          Please call me if you have any questions about this notice.

8          DATED: April 17, 2008

                                                    Respectfully submitted,

9                                                   KAREN P. HEWITT

10                                                  United States Attorney

11                                                  s/David L. Katz

                                                    _____

12                                                  DAVID L. KATZ
                                                    Assistant United States Attorney
13                                                  Attorneys for Plaintiff
                                                    United States of America

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28     Notice of Appearance
       United States v.  McLaughlin                    2                        08CR0430-BTM

1     UNITED STATES DISTRICT COURT

2     SOUTHERN DISTRICT OF CALIFORNIA

3   UNITED STATES OF AMERICA,           )        Case No.08CR0430-BTM
                                        )
4           Plaintiff,                  )
            v.                          )
5                                       )        CERTIFICATE OF SERVICE
    MICKEY SHEA MCLAUGHLIN,             )
6                                       )
            Defendant.                  )
7   _____)

8   IT IS HEREBY CERTIFIED THAT:

9        I, David L. Katz, am a citizen of the United States and am at least eighteen years of age.  My

10  business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

11       I am not a party to the above-entitled action.  I have caused service of Notice of Appearance

12  on the following parties by electronically filing the foregoing with the Clerk of the District Court

13  using its ECF System, which electronically notifies them.

14       **1.  Mary Franklin, gr8lawr21@netzero.com**

15       **2. Gayle Mayfield-Venieris, federal@mayfieldlaw.com**

16       I hereby certify that I have caused to be mailed the foregoing, by the United States Postal

17  Service, to the following non-ECF participants on this case:

18       **1. None**

19  the last known address, at which place there is delivery service of mail from the United States

20  Postal Service.

21       I declare under penalty of perjury that the foregoing is true and correct.

22       Executed on April 17, 2008

23
                                                 s/ David L. Katz_____
24                                               DAVID L. KATZ

25

26

27
    Notice of Appearance
28  United States v.  McLaughlin              3                    08CR0430-BTM